UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**BRIAN ALLEN,**

    **Plaintiff,**

v.                                                    Civil No. 17-2577-SHM

**RICHARD JAMES SIMMONS, JR.,**
**JHT HOLDING, INC., and/or**
**UNIMARK TRUCK TRANSPORT, LLC,**

    **Defendants.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order docketed August 16, 2017, this matter is remanded to the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, Shelby County.


**APPROVED:**



  *s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *August 16, 2017*                              THOMAS M. GOULD
DATE                                            CLERK

                                                 *s/  Zandra Frazier*
                                                (By) DEPUTY CLERK